[No. 32456-0-I.    Division One.    June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. D.E.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-03840-6, Richard M. Ishikawa, J., entered December 7, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 29556-0-I.    Division One.    June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. HOANG NGUYEN LAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00816-3, James A. Noe, J., entered November 18, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker and Kennedy, JJ.

[Nos. 30382-1-I; 30383-0-I.    Division One.    June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ADOLFO H. PEREZ, *Respondent*.

THE STATE OF WASHINGTON, *Respondent*, v. RAUL M. HERRERA, *Respondent*.

Appeals from judgments of the Superior Court for King County, Nos. 91-1-07071-3, 91-1-07072-1, Ricardo S. Martinez, J., entered March 27, 1992. *Reversed* by unpublished per curiam opinion.

[No. 29557-8-I.    Division One.    June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CON DUC NGO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00911-9, James A. Noe, J., entered November 18, 1991. *Dismissed* by unpublished per curiam opinion.